**Electronically Filed
Supreme Court
SCWC-17-0000666
18-DEC-2023
10:35 AM
Dkt. 27 OCOR**

SCWC-17-0000666

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

KAWIKA FRANCO, Individually and as Personal Representative for
the Estate of TIARE FRANCO; PEACHES KONG and APPLES ELABAN, as
Next Friends of LOVELY FRANCO (Minor); TAUA GLEASON, as Next
Friend of KOLOMANA KONG KANIAUPIO GLEASON and KAULANA KONG
KANIAUPIO GLEASON (Minors); and CHERYL RUSSELL, as Next Friend
of JEANNE RUSSELL (Minor),
Respondents/Plaintiffs-Appellants,

vs.

SABIO REINHARDT,
Petitioner/Defendant-Appellee,

and

JOSIAH OKUDARA,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000666; CASE NO. 2CC121000458)

ORDER OF CORRECTION
(By: Eddins, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed

on November 30, 2023, is corrected as follows:

On page 8, line 2, the word "default" is corrected to read "final."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, December 18, 2023.



/s/ Todd W. Eddins

Associate Justice